WILLIAM SCHMIDS, *Plaintiff in Error*, v. TAMPA PUB-
LISHING COMPANY, A CORPORATION, *Defendant in
Error.*

Opinion Filed Dec. 20, 1916.

Where no motion for new trial is made in the lower court, the ap-
pellate court will not consider assignments of error based on
the probative force of the evidence.

Writ of Error to Circuit Court, Hillsborough County;
F. M. Robles, Judge.

Judgment affirmed.

*J. T. Watson, Jr.,* for Plaintiff in Error;

*McKay, Withers & Phipps,* for Defendant in Error.

PER CURIAM.—Schmids brought an action to recover
damages for the alleged conversion of goods taken in
attachment proceedings. The defendant pleaded the gen-
eral issue and also special pleas, all of which latter were
held bad on demurrer except one. Two of the replica-
tions to the remaining special plea were sustained on
demurrer. The cause was tried by the court on a stip-
ulation as to the facts. There was judgment for the
defendant. No motion for new trial was made. The
plaintiff took writ of error. The only assignment of

error on the pleading is expressly waived in the brief for the plaintiff in error. The other assignments of error are upon the judgment, and are argued upon the theory that the stipulated facts do not sustain the judgment. As no motion for new trial was made so that the trial judge could have reviewed his finding on the stipulated facts, the appellate court will not consider assignments of error based on the probative force of the evidence.

The judgment, considered with reference to the pleadings, does not appear to be erroneous.

Judgment affirmed.

All concur.